IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH CUNNINGHAM, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LESLIE'S POOLMART, INC., a Delaware Corporation; and DOES 1 through 50,<br><br>Defendants. | Case No. **CV 13-02122-CAS (CWx)**<br><br>**[PROPOSED]** ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT<br><br>Hearing Date:   November 30, 2015<br>Time:                10:00 a.m.<br>Courtroom:      5 – 2nd Flr<br>Judge:               Hon. Christina A. Snyder |

Plaintiffs' Motion for an order granting preliminary approval of the class settlement in the above-captioned action, approving the manner and content of notice to the class, and setting a final approval hearing, came on for hearing in Courtroom 5 of this Court on November 30, 2015.

Having reviewed the Stipulation of Class Settlement and Release ("Stipulation" or "Settlement Agreement"), the motion for preliminary approval, as well as the points and authorities and declaration filed in support thereof, this Court preliminarily finds that: the proposed settlement appears fair, reasonable, and

adequate, and falls within the range of possible approval meriting submission to potential class members; notice of the proposed settlement should be sent to the Class in the manner described in the Settlement Agreement; and a hearing should be held after said notices are issued to finally determine if the Settlement Agreement and settlement are fair, reasonable, and adequate, to the settlement classes and if an order granting final approval should be entered in this action based upon the terms of the Settlement Agreement.

**IT IS THEREFORE ORDERED THAT:**

1. **Defined Terms.** This Order incorporates by reference the parties' Settlement Agreement, on file with this Court, and all defined terms herein shall have the same meaning as set forth in the Agreement.

2. **Class Action.** This action is provisionally certified for class treatment for settlement purposes only and pursuant to the parties' Settlement Agreement, with the Class defined as the following:

> All non-exempt employees employed by Leslie's Poolmart, Inc. in the state of California during the period of February 13, 2009 to June 30, 2015.

3. **Proposed Settlement.** The Court grants preliminary approval to the terms set forth in the Settlement Agreement between the parties. The proposed settlement is the product of extensive and costly investigation by both parties, and that settlement at this time avoids additional substantial costs and delay and risk presented by further prosecution of this action. The Court finds that the proposed settlement is the product of informed, non-collusive, and arm's-length negotiations. The proposed settlement appears, upon preliminary review, to be within the range of reasonableness and accordingly shall be submitted to the Class Members for their consideration and for a hearing to determine whether the settlement shall be finally approved by the Court.

4. **Appointment of Class Counsel.** Norman Blumenthal and Kyle Nordrehaug, of Blumenthal, Nordrehaug & Bhowmik, are appointed Class Counsel

for settlement purposes.

5.    **Approval of Class Representative.**  Plaintiffs Keith Cunningham and Ramphis Martinez are approved as adequate representatives of the Class for purposes of settlement.

6.    **Notice.**  The Court finds that the mailing of the Notice and related materials substantially in the manner and form as set forth in the Settlement Agreement and this Order meet the requirements of due process, is the best notice practicable under the circumstances, and shall constitute due and sufficient notice to all persons entitled thereto.  Accordingly, within twenty-one (21) calendar days after this Order, Defendant will provide to the Claims Administrator the Class Data List.  Within thirty (30) calendar days of this Order, the Claims Administrator will send Class Members, by first-class mail, at their last known address, the Notice and Claim Form ("Notice Packet").  The Claims Administrator shall make such further efforts as are possible and reasonable (if any), to provide an applicable Notice Packet to each member of the Class whose original Notice Packet is returned as undeliverable.

7.    **Exclusions/"Opt Outs."**  Class Members may exclude themselves from the Class by mailing the Claims Administrator a signed and dated request for exclusion in accordance with the instructions in the Notice.  To be timely, all such requests for exclusion or opt-outs must be postmarked no later than sixty calendar days from the initial Notice mailing by the Claims Administrator.

8.    **Claims.**  Class Members who wish to be paid their allocation of the settlement fund must timely submit a completed Claim Form to the Claims Administrator, postmarked no later than sixty (60) days from the date of mailing of the Notices.  Class Members who do not submit valid Claim Forms shall not share in the distribution of the Net Settlement Amount, but nevertheless shall be bound by the release of claims set out in the Settlement Agreement, assuming the Court grants Final Approval.

9. **Objections.** Class Members who wish to object to the Settlement must file with the Court and serve on Class Counsel and Defendant's counsel a written statement objecting to the Settlement in accordance with the instructions in the Notice. The written statement must be filed with the Court and served on Class Counsel and Defendant's counsel no later than sixty days after the date the Notice is first mailed. No member of the Class shall be entitled to object to the Settlement, and no written objections or briefs submitted by any member of the Class shall be received or considered by the Court at the Final Approval Hearing, unless written notice of the Class member's intention to appear at the Final Approval Hearing, and copies of any written objections or briefs, shall have been timely filed with the Court and served on Class Counsel and Defendant's counsel. Members of the Class who fail to file and serve timely written objections in the manner specified above shall be deemed to have waived any objections and shall be foreclosed from making any objection (whether by appeal or otherwise) to the Settlement, or any aspect of the Settlement.

10. **Settlement Administration.** The parties shall retain the services of Simpluris for the administration of this settlement, and said entity is hereby appointed Claims Administrator.

11. **Final Hearing.** A final hearing shall be held at **10:00 AM on April 18, 2016,** in Courtroom 5 of the Los Angeles – Spring Street Courthouse, United States District Court, Central District of California, before Honorable Christina A. Snyder to evaluate whether the Court should grant final approval of the settlement, which includes the following considerations:

    a) Objections to the proposed settlement by Class Members will be considered by the Court if mailed to the Claims Administrator with a postmark of no later than sixty (60) days from the date the Notice is first mailed.

    b) Class Counsel and counsel for Defendant will be prepared at the

4

hearing to respond to any objections timely filed by the Class Members and to provide other information, as appropriate, bearing on whether or not the settlement should be approved.

c) Pursuant to the Settlement Agreement, Class Counsel's application for fees and costs, as well as the application for enhancement awards, shall be scheduled for determination at the Final Approval Hearing but shall be filed no later than 14 days before the deadline for objections.

12. **Failure of Settlement**. In the event the proposed settlement as provided in the Settlement Agreement is not approved by the Court, or for any reason the parties fail to obtain a final approval order as contemplated in the Settlement Agreement, or the Settlement Agreement is terminated or voided pursuant to its terms, the Settlement Agreement and all orders in connection therewith, shall become null and void and of no further force or effect, and shall not be used or referred to for any purpose whatsoever. In such event, the Settlement Agreement, and all negotiations and proceedings relating thereto shall be withdrawn without prejudice as to the rights of any and all parties thereto.

**IT IS SO ORDERED.**

DATED: November 30, 2015    _____
                            HON. CHRISTINA A. SNYDER
                            UNITED STATES DISTRICT JUDGE